# ALABAMA COURT OF CRIMINAL APPEALS



March 7, 2025

**CR-2023-0950**

C.A.H. v. State of Alabama (Appeal from Mobile Circuit Court: CC-19-1553 and CC-19-1554)

## <u>NOTICE</u>

You are hereby notified that on March 7, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk